DOA
11-01-17

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. )
Jonathan Castro-Soto, ) Case No. 17-7542 MJ
(A209 810 945) )
Defendant )
)
)
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 1, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:   AUSA Brandon Brown for AUSA Jonathan R. Hornok

☒ Continued on the attached sheet.

_____
Complainant's signature
Ian C. Pope
U.S. Border Patrol Agent
Printed name and title

Reviewed, approved, and signed in person.

Date: _____November 3, 2017_____    _____
Judge's signature

Bridget S. Bade
City and state: _____Phoenix, AZ_____    United States Magistrate Judge
Printed name and title

## ATTACHMENT A

### Count 1

On or about November 1, 2017, Jonathan Castro-Soto, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about October 12, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about November 1, 2017, at or near Casa Grande, in the District of Arizona, Jonathan Castro-Soto, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Ian C. Pope, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 1, 2017, Border Patrol Agent Sifly encountered an individual near Casa Grande, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Jonathan Castro-Soto, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Castro-Soto was transported to the Casa Grande Border Patrol Station for further processing. Jonathan Castro-Soto was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jonathan Castro-Soto, to be a citizen of Mexico and a previously deported alien. Castro-Soto was removed from the United States to Mexico through Calexico, California, on or about October 12, 2017, pursuant to a removal order issued by an immigration official. There is no record of Jonathan Castro-Soto in any Department of Homeland Security database to suggest that he

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Jonathan Castro-Soto in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Jonathan Castro-Soto presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Jonathan Castro-Soto entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Jonathan Castro-Soto's immigration history was matched to him by electronic fingerprint comparison.

5. On November 2, 2017, Jonathan Castro-Soto was advised of his constitutional rights. Jonathan Castro-Soto freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Jonathan Castro-Soto stated that his true and correct name is Jonathan Castro-Soto and that he is a citizen of Mexico. Jonathan Castro-Soto stated that he entered the United States illegally by walking through the desert near Douglas, Arizona.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 1, 2017, Jonathan Castro-Soto, an alien, was found in the United States of America at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about October 12, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about November 1, 2017, at or near Casa Grande, in the District of Arizona, Jonathan Castro-Soto, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

_____
Ian C. Pope
United States Border Patrol Agent

Sworn to and subscribed before me
this 3rd day of November, 2017.

_____
Bridget S. Bade
United States Magistrate Judge